## Commonwealth *v.* Brown, Appellant.

 Before GARB, J. 

 Argued September 10, 1974. *Arthur R. Sagoskin,* Assistant Public Defender, for appellant; *Martin J. King,* Deputy District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Order affirmed.